IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

OCT 31 2018

U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 3:18-po-00625-MLC |
| | Violation Notice: 6395441 |
| v. | Child under 13 without PFD |
| SADEK J DARWICHE, | |
| Defendant, | |

## LEAVE GRANTING DISMISSAL AND DISMISSAL OF PETTY OFFENSE

After due consideration, the Court hereby GRANTS LEAVE to the United States to Dismiss the Petty Offense charge(s) without prejudice.

By: _____    10-31-18

MARK L. CARMAN                                        DATE
UNITED STATES MAGISTRATE JUDGE

The United States Attorney for the District of Wyoming dismisses without prejudice the petty offense charge(s) against the Defendant in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Said dismissal would be in the best interest of justice.

MARK A. KLAASSEN
United States Attorney

By: _____

FRANCIS LELAND PICO
Assistant United States Attorney